HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ANDREW DAVID GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:19-cr-00023 DAD-BAM |
| Plaintiff, | |
| v. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| ANDREW DAVID GONZALEZ | |
| Defendant. | Hon. Barbara A. McAuliffe |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Andrew David Gonzalez, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his counsel, Assistant Federal Defender Eric V. Kersten and the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

///

///

Mr. Gonzalez makes this request because he participating in an in-patient, residential substance abuse treatment program and wishes to minimize his time away from the program traveling to Fresno for non-dispositive hearings. Undersigned counsel has received a letter from the program attesting that Mr. Gonzalez remains enrolled in the program in good standing. Said letter will be presented to the court at the May 13, 2019 status conference. AUSA Justin J. Gilio does not object to this request.

DATED: May 9, 2019 /s/ *Andrew David Gonzalez*
ANDREW DAVID GONZALEZ,
Defendant

DATED: May 9, 2019 /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for
ANDREW DAVID GONZALEZ

## **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **May 9, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE