| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, CA Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | ANDREW DAVID GONZALEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19-cr-00023 DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING AND ORDER THEREON** |
| vs. | ) | |
| | ) | Date: March 23, 2020 |
| ANDREW DAVID GONZALEZ, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Dale A. Drozd |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing scheduled for February 10, 2020 may be may be continued to March 23, 2020, or the soonest date thereafter convenient to the court.

Andrew Gonzalez is currently participating in the Central Valley Teen Challenge long term residential treatment program. Mr. Gonzalez is scheduled to graduate from the program in the third week of March, and the requested continuance will allow sentencing to occur after the graduation date. This will permit Mr. Gonzalez' participation in the program to be fully considered by the court. The United States Probation Office has also advised that they are extremely busy at this time, and with the upcoming holidays it would be more convenient for them if the sentencing date were continued.

///

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: December 12, 2019        By    /s/ Justin J. Gilio
                                      JUSTIN J. GILIO
                                      Assistant United States Attorney
                                      Attorneys for Plaintiff

                                      HEATHER E. WILLIAMS
                                      Federal Defender

DATED: December 12, 2019        By    /s/ Eric V. Kersten
                                      ERIC V. KERSTEN
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      ANDREW DAVID GONZALEZ

**ORDER**

**IT IS SO ORDERED**. For the reasons set forth above sentencing is continued to March 23, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **December 12, 2019**                    _Dale A. Drozd_
                                                 UNITED STATES DISTRICT JUDGE