| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, CA Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | ANDREW DAVID GONZALEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00023 DAD |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER THEREON** |
| vs. | Date:  April 6, 2020 |
| ANDREW DAVID GONZALEZ, | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing scheduled for March 23, 2020 may be may be continued to April 6, 2020, or the soonest date thereafter convenient to the court.

Defense counsel was recently assigned as office supervisor for the Fresno branch of the Office of the Federal Defender, and has been adjusting to that role while also addressing issues related to the coronavirus. While there are no formal objections to the PSR prepared by the United States Probation Office, through oversight, counsel failed to file Mr. Gonzalez' Sentencing Memorandum in a timely manner. This continuance is requested to allow time to review the memorandum with Mr. Gonzalez before filing, and also to provide the government time to respond if it chooses to do so.

The parties agree that the delay resulting from this request shall be excluded in the

interests of justice, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: March 18, 2020                      By    */s/ Justin J. Gilio*
                                                           JUSTIN J. GILIO
                                                             Assistant United States Attorney
                                                             Attorneys for Plaintiff

                                              HEATHER E. WILLIAMS
                                              Federal Defender

DATED: March 18, 2020                      By    */s/ Eric V. Kersten*
                                                            ERIC V. KERSTEN
                                                            Assistant Federal Defender
                                                             Attorneys for Defendant
                                                            ANDREW DAVID GONZALEZ

## ORDER

**IT IS SO ORDERED**. For the reasons set forth above sentencing is continued to April 6, 2020, at 10:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated: **March 18, 2020**                                                               *Dale A. Drozd*
                                                                           UNITED STATES DISTRICT JUDGE