HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC KERSTEN
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ANDREW GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00023-DAD-BAM |
|---|---|
| Plaintiff, | |
| vs. | **APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF PROPERTY; ORDER** |
| ANDREW GONZALEZ, | |
| Defendant. | |

Defendant Andrew Gonzalez hereby moves this court under Fed. R. Crim. P. 46(g) for exoneration of the property bond and full reconveyance of the Deed of Trust currently on file with the Fresno County Recorder as Deed # 2019-0024687 and original straight note.

On February 5, 2019, a detention hearing was held in this matter. *See* Dkt. #9. At the detention hearing, Mr. Gonzalez was ordered released from custody under the supervision of Pretrial Services on terms and conditions that included a $100,000 property bond. On February 12, 2019, the court ordered a reduction of the property bond to $70,000.00. *See* Dkt. #9, 13, 15, 16, 17. The secured bond was posted by Michelle Anne Rodriguez as follows:

| 03/14/2019 | 17 | COPY OF DEED OF TRUST No. 2019-0024687 and Original Straight Note RECEIVED, posted by Michelle Anne Rodriguez as to Andrew David Gonzalez. (Lundstrom, T) (Entered: 03/15/2019) |
|---|---|---|

On June 1, 2020, Defendant was sentenced to a term of Five Years probation by United

States District Court, Eastern District of California, Judge Dale A. Drozd:

| 06/01/2020 | 34 | MINUTES (Text Only) for proceedings via video conference before District Judge Dale A. Drozd: Sentencing as to Andrew David Gonzalez held on 6/1/2020. Counsel consented to the appearance by video. Defense counsel, government and defendant addressed the court: submitted. Court made findings and imposed the following sentence as to Counts 2 and 3 of the Superseding Information: Probation: 5 years on both Count 2 and 3, to be served concurrently for a total term of 5 years, with standard and special conditions (incorporated by reference). |
|---|---|---|

Since no conditions of the bond remain to be satisfied, Mr. Gonzalez requests that the court exonerate the bond and reconvey the subject property to Michelle Anne Rodriguez pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Dated: June 15, 2020

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Eric Kersten
ERIC KERSTEN
Assistant Federal Defender
Attorney for Defendant
ANDREW GONZALEZ

**ORDER**

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the property bond in the above-captioned case secured by the $70,000 Deed of Trust currently on file with the Fresno County Recorder (#2019-0024687) and original straight note in the above-captioned case and reconvey the real property to Michelle Anne Rodriguez.

Dated: June 15, 2020

ERICA P. GROSJEAN
United States Magistrate Judge